**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL CASE NO. 23-37-DLB-CJS-1**

UNITED STATES OF AMERICA                                                                                     PLAINTIFF

v.           **ORDER ADOPTING REPORT AND RECOMMENDATION**

SCOTT CORMAN                                                                                                         DEFENDANT

\*\*  \*\*  \*\*  \*\*  \*\*  \*\*  \*\*  \*\*

This matter is before the Court on Defendant's Motion to Suppress. (Doc. # 59). This matter was referred to Magistrate Judge Smith for the purpose of reviewing the motion and preparing a Report and Recommendation. After conducting a lengthy evidentiary hearing and reviewing the issues raised by Defendant Corman, Judge Smith issued a Report and Recommendation on August 30, 2024, recommending that Defendant's Motion be denied (Doc. # 88). No objections to the Report and Recommendation have been filed and the time to do so has expired. Therefore, the Report and Recommendation is now ripe for review.

Having thoroughly reviewed the Magistrate Judge's Report and Recommendation, the Court concurs with the recommended denial. Thus, the Report and Recommendation will be **adopted in full** and Defendant's Motion **denied**. Accordingly,

**IT IS ORDERED AND ADJUDGED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 88) be, and is hereby, **ADOPTED** as the Findings of Fact and Conclusions of Law of the Court;

  (2) Defendant's Motion to Suppress, (Doc. # 59) is hereby **DENIED** for the reasons set forth in the Report and Recommendation; and

  (3) This matter is scheduled for a **Scheduling Conference** on **Wednesday, October 16, 2024 at 10:00 a.m. in Covington**.

  This 4th day of October, 2024.

Signed By:
*David L. Bunning*
United States District Judge

G:\Judge-DLB\DATA\ORDERS\Covington Criminal\2023\23-37-1 Order Adopting Report and Recommendation.docx

2